IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                          )<br>            Plaintiff,            )<br>                                          )<br> v.                                     )<br>                                          )<br> Emily Duchateau Davis,    )<br>                                          )<br>            Defendant.         )<br>                                          )<br>                                          )<br>                                          ) | **COURT MINUTES - CRIMINAL**<br>BEFORE: DULCE J. FOSTER<br>U.S. Magistrate Judge<br><br>Case No:              26-mj-76 DLM<br>Date:                   January 26, 2026<br>Courthouse:         Minneapolis<br>Courtroom:          8E<br>Time Commenced:  4:26 p.m.<br>Time Concluded:    4:45 p.m.<br>Time in Court:       19 minutes |

X **DETENTION HEARING**

APPEARANCES:

  Plaintiff:   Benjamin Bejar, Assistant U.S. Attorney
  Defendant:  Rob Meyers
                    X FPD

On      X Complaint

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Additional Information:
Preliminary hearing to be set.

_____<i>s/jam</i><br>Signature of Courtroom Deputy