26-mj-76 EMB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INFORMATION** |
| Plaintiff, | 18 U.S.C. § 111(a)(1) |
| v. | |
| EMILY BAIERL, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One**
(Assaulting, Resisting, or Impeding a Federal Officer.)

On or about JANUARY 24, 2026, in the State and District of Minnesota, the defendant,

**EMILY BAIERL**,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services), that is, an agent from CUSTOMS AND BORDER PROTECTION, while such officer and employee was engaged in and on account of the performance of his official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

Dated: FEBRUARY 3, 2026

DANIEL N. ROSEN
United States Attorney

BY: /s/   John R. Arboleda
JOHN R. ARBOLEDA
Special Assistant United States Attorney

SCANNED
FEB 0 3 2026
U.S. DISTRICT COURT MPLS