<table>
<tr><td>*KATHERIAN D. ROE<br>Federal Defender<br><br>*MANNY ATWAL<br>First Assistant Defender<br><br>CHAD M. SPAHN<br>Senior Investigator<br><br><br>*MSBA Certified Criminal Law Specialist</td><td>**OFFICE OF THE**<br>**FEDERAL DEFENDER**<br>**District of Minnesota**<br>107 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>Phone: 612-664-5858<br>Fax: 612-664-5850</td><td>JAMES BECKER<br>ROB MEYERS<br>ERIC RIENSCHE<br>LISA LOPEZ<br>*JEAN BRANDL<br>MATTHEW DEATES<br>*AARON MORRISON<br>DAN HUDDLESTON<br>SIRI CARLSON MCDOWELL<br>AMBROISE DECILAP<br>KATE ADAMS<br>Assistant Defenders</td></tr>
</table>

April 6, 2026


***VIA CM/ECF***
Honorable Elsa M. Bullard
United States Magistrate Judge
United States District Court
316 N. Robert Street
St. Paul, MN 55101

   Re: *United States v. Emily Duchateau Baierl*
     Case No.:  26-mj-0076 (NEB/EMB)

Dear Magistrate Bullard:

I write to inform the Court that I will not be filing pretrial motions on behalf of Ms. Emily Baierl, because the parties anticipate resolving this case short of trial and are currently working out final terms. If negotiations break down, Ms. Baierl reserves the right to file pre-trial motions, and the government has agreed that she could do so, but the parties do not anticipate that happening. I therefore request that the motion hearing currently scheduled or April 30, 2026, be cancelled. The parties will contact Judge Brasel's chambers to schedule a change of plea hearing once a plea agreement is finalized.

Sincerely,

*s/ Robert Meyers*

ROBERT MEYERS
Assistant Federal Defender

RM/sls

Enclosures

cc: SAUSA John Rodrigo Arboleda